

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,153

### EX PARTE ANTRONE LYNELL JOHNSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-94-51874-J IN THE CRIMINAL DISTRICT COURT NO. 3
### FROM DALLAS COUNTY

*Per curiam.* COCHRAN, J., filed a concurring opinion. KELLER, P.J., and PRICE and KEASLER, JJ., not participating.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted of aggravated sexual assault of a child and sentenced to ten years' community supervision, with adjudication deferred. Applicant was later adjudicated guilty and sentenced to imprisonment for life. His appeal of the adjudication proceedings was dismissed for want of jurisdiction. *Johnson v. State*, No. 05-96-00754-CR, 1997 Tex. App. LEXIS 5364 (Tex. App.–Dallas Oct. 13, 1997) (not designated for publication).

Applicant alleges, *inter alia*, that the State violated *Brady v. Maryland*[1] and that he is entitled to habeas relief.

The trial court issued findings of fact and conclusions of law based on the record. The trial court agreed that there was a *Brady* violation and concluded that Applicant is entitled to relief.

Relief is granted. The judgment in Cause No. F-94-51874-J in the Criminal District Court No. 3 of Dallas County is set aside, and Applicant is remanded to the Dallas County Sheriff to answer the charge against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: May 20, 2009
Do Not Publish

---

[1] 373 U.S. 83 (1963).